UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO: 05-4018

WARREN DURHAM, JR.,

Appellant

v.

CITY AND COUNTY OF ERIE; ERIE COUNTY COURT; JUDGE SHAD CONNELLY, in his capacity as Judge; JUDGE FRED P. ANTHONY, in his capacity as Judge; KEVIN KALLENBACH, individually, in his capacity as Public Defender

_____

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 04-cv-00198E)
District Judge: Honorable Sean J. McLaughlin

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
MARCH 13, 2006
Before: FISHER, ALDISERT AND WEIS, Circuit Judges.

_____

**JUDGMENT**
_____

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered August 17, 2005, be and the same is hereby affirmed. Costs to be taxed against Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: March 22, 2006